```
 1  THOMAS P. O'BRIEN                                              JS-6
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  P. GREG PARHAM
    Special Assistant United States Attorney
 6  California Bar Number 140310
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-0304
 9       Facsimile: (213) 894-7177
         Email:     Greg.Parham@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 08-03931-VBF (PJWx) |
|---|---|
| Plaintiff, | ) <u>DEFAULT JUDGMENT OF FORFEITURE</u> |
| v. | ) DATE: October 6, 2008<br>) TIME: 1:30 p.m. |
| $28,553.00 IN U.S. CURRENCY, | ) Before the Honorable Valerie Baker<br>) Fairbank, United States District<br>) Judge |
| Defendant. | ) |

     This action arose from the Complaint for Forfeiture ("Complaint") filed herein on June 16, 2008. Notice of this action has been given in the manner required by law, and potential claimants Shaun Haughton and Andre Haughton, have not appeared by filing a Statement identifying their right or interest with this

1  Court.  Further, potential claimants Shaun Haughton and Andre
2  Haughton, have not filed an Answer to the Complaint or otherwise
3  defended their interest, if any, in the defendant $28,553.00 in
4  U.S. currency ("defendant currency").  Therefore, the Court deems
5  that potential claimants Shaun Haughton and Andre Haughton, and all
6  other potential claimants admit the allegations of the Complaint to
7  be true.
8       ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all
9  right, title, and interest of potential claimants Shaun Haughton
10 and Andre Haughton, and all other potential claimants in and to the
11 defendant currency is condemned and forfeited to the United States
12 of America.
13 DATED: 09-30-08                    *Valerie Baker Fairbank*
14                                    UNITED STATES DISTRICT JUDGE
15 PRESENTED BY:

16 THOMAS P. O'BRIEN
   United States Attorney
17 CHRISTINE C. EWELL
   Assistant United States Attorney
18 Chief, Criminal Division
   STEVEN R. WELK
19 Assistant United States Attorney
   Chief, Asset Forfeiture Section
20

21 _____
   P. GREG PARHAM
22 Special Assistant United States Attorney
   Attorneys for Plaintiff

2